**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LAMONT JOHNSON,

    Plaintiff,                  Case No. 07-13951

v.                             Hon. Sean F. Cox

CITY OF DETROIT,

    Defendant.

_____/

FILED SEP 15 2009 CLERK'S OFFICE DETROIT

**ORDER OF DISMISSAL**

The parties having placed a settlement of this action on the record on this date,

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

_____
Sean F. Cox
United States District Judge

Dated: 9/15/09

Approved as to
form and substance:

_____  Charles Chomet
Attorney for Plaintiff (s)   (Please sign and print)

_____  P37693
Attorney for Defendant (s)   (Please sign and print)
City of Detroit

_____  P37693
Attorney for Defendant (s)   (Please sign and print)
R. Davis