NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY FLEMISTER,

      Plaintiff,                     Judge Bernard A. Friedman
                                               Magistrate David A. Scheer
                                               Case No: 2:07-CV-10728

v

CITY OF DETROIT, WAYNE COUNTY, et al,

      Defendants.
_____

| | |
|---|---|
| **CHARLES H. CHOMET** (P39208) | **EDWARD THOMAS (P 21371)** |
| KELMAN  LORIA, PLLC | Wayne County Corporation Counsel |
| Attorneys for Plaintiff | AARON THOMAS (P 55114) |
| 660 Woodward, Ste. 1420 | Assistant Corporation Counsel |
| Detroit, MI  48226 | Attorneys for Defendant Wayne County |
| (313) 961-7363, EXT. 235 | 600 Randolph, Second Floor |
| FAX (313) 961-8875 | Detroit, Michigan  48226 |
| | 313.224.0552 office |
| **JACOB SCHWARZBERG (P37693)** | 313.967.3532 fax |
| Detroit City Law Department | athomas@co.wayne.mi.us |
| 660 Woodward Avenue, Suite 1650 | |
| Detroit, MI 48226-3491 | |
| 313-237-3036 office | |
| 313-224-5505 fax | |

Notice of Appeal to
United States Court of Appeals
For the Sixth  Circuit

   Anthony Flemister, the plaintiff appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendants' Motions for Summary Judgment of the District Court of the Eastern District of Michigan, Southern Division, entered in this case on October 22, 2008.
     The parties to this order appealed from and the names and addresses of their respective attorneys are as follows:

**CITY OF DETROIT, a Michigan Municipal Corporation, City of Detroit Police Department employees: LT. SAMUEL CARTER, SGT. CLARKE-PRICE, SGT.**

**SHANNON DEKUN;   LT. FLANAGAN,  JOHNNIE. HARRIS, IVA JOHNSON, SGT. KARSSEN,  CAROL KENNEDY-STANLEY, BRETT LETWIN, STEVEN PERRY, TYMIKSHA PHEASANT, SHAWNE ROBINS, PATRICIA ROBINSON, SGT. SHARPE, LAURA SPLITT, DEIDRE TAYLOR, ROBERT WINKLER, represented by attorney:**
**JACOB SCHWARZBERG (P37693)**
**Detroit City Law Department**
**660 Woodward Avenue, Suite 1650**
**Detroit, MI 48226-3491**


**and**

**WAYNE COUNTY, a Michigan Municipal Corporation, Wayne County Employees: LYNN CALDERONE, RICHARD LEGREAIR, RONALD NUNN, DIANE ONNIE represented by attorneys:**
**EDWARD THOMAS (P 21371)**
**Wayne County Corporation Counsel**
**AARON THOMAS (P 55114)**
**Assistant Corporation Counsel**
**Attorneys for Defendant Wayne County**
**600 Randolph, Second Floor**
**Detroit, Michigan  48226**


**November 21, 2008**
**s/ Charles Chomet**
**1420 First National Building**
**660 Woodward**
**Detroit, Mi 48226**